**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

Pursuant to the Court's consolidation order (Dkt. No. 18), a Notice of Related Action has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

26-cv-08301-RFL

IN RE SOUNDHOUND AI, INC. DEMAND REFUSED DERIVATIVE LITIGATION

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-10425-PCP | Hylton v. Mohajer | RFL | |

Dated: October 1, 2026

By: ______________________

Rita F. Lin

United States District Judge